IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOSEPH FARINA                                         PLAINTIFF

VS.                                           CAUSE NO. 2:23-cv-177-HSO-BWR

CULLMAN PRIMARY CARE, P.C.                       DEFENDANT

**MOTION FOR DEFAULT JUDGMENT
AND HEARING ON DAMAGES**

COMES NOW the Plaintiff, Joseph Farina, by and through counsel pursuant to Miss. Rules of Civil Procedure 55(b), and moves the Court to enter a default judgment against Defendant, Cullman Primary Care, P.C., in that:

1. Defendant, Cullman Primary Care, P.C., duly served with a copy of the Summons, together with the Amended Complaint, through personal service on Christopher Coccia, Registered Agent at 503 Clark St. NE, Cullman, Alabama 35055 on February 28, 2024, as fully appears in the record of this Court; and that a copy of the Summons and Proof of Service are attached hereto collectively as Exhibit "A".

2. Defendant, Cullman Primary Care, P.C.'s answer to the Complaint was due on March 21, 2024.

3. That more than thirty (30) days have elapsed since the date on which the said Complaint was served upon Defendant.

4. Defendant, Cullman Primary Care, P.C., has failed to appear, plead or otherwise provide defense in this cause within the time provided by law and the Mississippi Rules of Civil Procedure.

5. Plaintiff's complaint seeks compensatory damages for the job he lost, his loss of wages, plus interest, as well as attorneys fees. Further, Plaintiff would show that his unpaid wages include monthly paychecks from December 2022, January 2023, February 2023 and March 2023, along with the $1,000.00 bonus that CEO Reynolds promised Plaintiff in writing. Additionally, Plaintiff did not receive contributions to his 401k for the months of November 2022, December 2022, January 2023, February 2023 and March 2023.

6. Plaintiff's employment with CPC ended at the end of the month of March 2023, despite CEO Reynolds representation that Plaintiff had a "job for life" at CPC. Plaintiff had agreed to work as a consultant for Defendant from his home in Mississippi until the end of March 2023; and he did his work by telephone from Mississippi.

7. As a result of the unpaid wages from CPC, Plaintiff is not only owed money, but also lost the job he would have taken due to the false representation of John Reynolds, he had agreed to remain at CPC on the agreement that his salary would remain the same, his work week would be shortened, and the understanding that he would be guaranteed steady employment until his retirement according to John Reynolds.

8. Plaintiff and Defendant entered into a written agreement on or about March 1, 2021, employing Plaintiff as a neurologist at a salary of $400,000.00 per year to be paid in monthly installments on the last day of every month. At all times relevant hereto, this contract for employment constituted a valid and enforceable contract between Plaintiff and Defendant while Plaintiff was an adult resident citizen of Mississippi; that he maintained a part-time medical practice in Mississippi which employed by the Defendant; that he worked for two months of his employment by telephone from Mississippi as a consultant. Defendant breached the contract by failing to compensate Plaintiff for his work in the months December 2022,

January 2023, February 2023, and March 2023. Defendant further breached the contract by failing to make contributions to Plaintiff's 401k in the months of November 2022, December 2022, January 2023, February 2023, and March 2023. Additionally, Defendant failed to uphold a valid, written agreement for a bonus of $1,000.00.

9. That an affidavit was executed and filed with this Court in accordance with Rule 55(a) of the Mississippi Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an Entry of Default against the Defendant, Cullman Primary Care, P.C., for failure to answer or otherwise defend as to the Plaintiff's Complaint; and that the Application and Docket Entry of Default are attached hereto collectively as Exhibit "B".

10. The Defendant is not incompetent or a minor.

11. An Entry of Default was entered against this Defendant on May 3, 2024.

Respectfully submitted,

**JOSEPH FARINA, PLAINTIFF**

BY: _____
**JAMES D. SHANNON**
**ATTORNEY FOR PLAINTIFF**

PREPARED BY:
SHANNON LAW FIRM, PLLC
James D. Shannon (MSB #6731)
100 W. Gallatin Street
Hazlehurst, MS 39083
Telephone: (601) 894-2202
Facsimile: (601) 894-5503

## CERTIFICATE OF SERVICE

I, James D. Shannon, attorney for Plaintiff, do hereby certify that I have this date caused to be delivered via United States Mail, postage prepaid, a true and correct copy of the above and foregoing document to the following:

> Cullman Primary Care, P.C.
> c/o Christopher Coccia
> 501 Clark St. NE
> Cullman, AL 35055

THIS, the 27 day of May, 2024.

                                               JAMES D. SHANNON