IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOSEPH FARINA**                                                                            **PLAINTIFF**

**v.**                                                              **Civil No. 2:23-cv-177-HSO-BWR**

**CULLMAN PRIMARY CARE, P.C.**                                   **DEFENDANT**

### ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHEASTERN DIVISION

This cause comes before the Court on Plaintiff Joseph Farina's ("Plaintiff") Motion [12] to Transfer this civil action to the United States District Court for the Northern District of Alabama. For reasons discussed in the Court's Order [10] entered on June 12, 2024, this Court lacks personal jurisdiction over the Defendant. *See* Order [10].

Plaintiff was directed to show cause why this case should not be dismissed for lack of personal jurisdiction or transferred. *See id.* at 5. Plaintiff responded by conceding that he cannot show that this Court has personal jurisdiction and requesting that this cause be transferred to the United States District Court for the Northern District of Alabama, where Defendant Cullman Primary Care, P.C. is located. *See* Mot. [12]. As such, the proper venue in this case is the United States District Court for the Northern District of Alabama, Northeastern Division. The Court finds that it is in the interest of justice to transfer this case to the proper judicial district pursuant to 28 U.S.C. § 1406(a).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Joseph Farina's Motion [12] to Transfer to the United States District Court for the Northern District of Alabama is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this civil action be transferred to the United States District Court for the Northern District of Alabama, Northeastern Division, and that the pleadings filed in this civil action shall be received in accordance with the local rules of the Northern District of Alabama.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Joseph Farina's Motion [9] for Default Judgment is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 11th day of July, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE